# Exhibit B

| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
| | TIMOTHY G. BLOOD (149343) |
| 2 | LESLIE E. HURST (178432) |
| | THOMAS J. O'REARDON II (247952) |
| 3 | ADAM M. BUCCI (27312) |
| | 501 West Broadway, Suite 1490 |
| 4 | San Diego, CA  92101 |
| | Tel: 619/338-1100 |
| 5 | 619/338-1101 (fax) |
| | tblood@bholaw.com |
| 6 | lhurst@bholaw.com |
| | toreardon@bholaw.com |
| 7 | abucci@bholaw.com |

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice forthcoming*)
ANTHONY L. PARKHILL (*pro hac vice forthcoming*)
205 W. Randolph Street, #1630
Chicago, IL  60606
Tel: 312/621/2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SANDEEP KAPIL, GABRIELA GOMEZ, on behalf of themselves and all others similarly situated, | Case No. |
| | **AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |
| Plaintiffs, | |
| v. | **CLASS ACTION** |
| APPLE, INC., | Complaint Filed:  December 20, 2024 |
| Defendant. | Trial Date:  Not Set |
| | **JURY TRIAL DEMANDED** |

AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CAL. CIV. CODE § 1780(d)

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am the managing partner of the law firm of Blood, Hurst & O'Reardon, LLP, one of counsel of record for plaintiff in the above-entitled action.

2. Defendant Apple Inc. has its principal place of business in, headquarters in, and has done and is doing business in Santa Clara County. Such business includes the marketing, promoting, distributing, and selling of the Apps at issue in this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 20, 2024, at San Diego, California.

           *s/ Timothy G. Blood*
           TIMOTHY G. BLOOD