**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SANDEEP KAPIL, GABRIELA GOMEZ, and KIM SALLEN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 5:24-cv-09304-NW

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Honorable Noël Wise

Before the Court is Defendant Apple Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint. Having reviewed and considered all submissions in favor of, and opposed to, Apple's Motion to Dismiss, all related filings, and the record before the Court, it is hereby **ORDERED** that:

1. Apple's Motion to Dismiss is **GRANTED**; and

2. Plaintiffs' Class Action Complaint is hereby **DISMISSED WITH PREJUDICE** as to all claims and causes of action asserted against Apple.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
Hon. Noël Wise
UNITED STATES DISTRICT JUDGE